1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11  UNITED STATES,
                                  NO. CR-S-04-0384 WBS
12            Plaintiff,              CV-S-06-2709 WBS

13       v.

14  MARTIN S. MUNGUIA,                    ORDER

15
              Defendant.
16

17                         ----oo0oo----

18       Defendant Martin Munguia has filed a Motion for Time

19  Reduction, pursuant to 28 U.S.C. § 2255, upon the ground that,

20  because of the fact he is not a citizen of the United States, he

21  has been denied the benefit of a one year reduction of his

22  sentence by way of being placed in a halfway house on early

23  release.  He argues that this deprives him of the equal

24  protection of the laws.

25       Where an immigration detainer has been placed on an

26  inmate, he ineligible for a sentence reduction upon completion

27  of that program.  Here, such a detainer would be properly lodged

28  because Munguia was convicted of being an alien who had

    unlawfully reentered the United States after a prior

1  deportation.

2          The Ninth Circuit has held that this kind of rule

3  excluding prisoners with detainers from sentence reduction

4  eligibility does not violate the Constitution because it is

5  "rationally related to the BOP's legitimate interest in

6  preventing prisoners from fleeing detainers while participating

7  in community treatment programs."  McLean v. Crabtree, 173, F.3d

8  1176, 1186 (9th Cir. 1999).  Following McLean, Judge Levi denied

9  the petition of a prisoner making a similar claim in United

10 States v. Madrigal-Madrigal, 2005 WL 221930, *1 (E.D. Cal.

11 September 14, 2005).

12         IT IS THEREFORE ORDERED that defendant's Motion for

13 Time Reduction, pursuant to 28 U.S.C. § 2255, be and the same

14 hereby is, DENIED.

15 DATED:  December 1, 2006

16

17 _____

   WILLIAM B. SHUBB

18 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28